```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
ZACHARIAH K. MATHAI              :    CIVIL ACTION:
                                 :
      v.                         :
                                 :
PRUDENTIAL INSURANCE COMPANY OF  :
AMERICA t/a PRUDENTIAL           :
FINANCIAL                        :    NO. 02-3709
```

ORDER

AND NOW, this 12th day of September, 2002, upon review of the docket and issue having been joined, it is hereby ORDERED that:

1. The parties shall COMPLETE discovery by December 13, 2002;

2. By December 16, 2002, plaintiff shall report to the Court in writing on the parties' good-faith settlement efforts;

3. Summary judgment motions, if any, shall be FILED by January 13, 2003;

4. Responses thereto, if any, shall be FILED by January 27, 2003;

5. Replies thereto, if any, shall be FILED by February 14, 2003; and

6. Scheduling of any further proceedings will abide further Order.

BY THE COURT:

_____
Stewart Dalzell, J.